IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN TRUSZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 13-2684 |
| | : | |
| EASTON AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 5th day of September, 2013, upon careful consideration of the defendant's motion to dismiss (Document #9), and the plaintiff's response thereto (Document #11), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety with prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.